**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-23217-LFL

LESLINE ANGLADE-DORLEANS,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

**<u>MOTION FOR CASE REASSIGNMENT</u>**

Pursuant to Administrative Order 2025-11, a party to this action objects to the assignment of a Magistrate Judge as the presider of this matter and hereby requests reassignment of this case to a District Judge.

    Date: _____